JUDITH B. GITTERMAN (State Bar No. 115661)
GABRIEL LIAO (State Bar No. 205897)
**PERKINS COIE LLP**
1620 26th Street, Sixth Floor
Santa Monica, California 90404
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: JGitterman@perkinscoie.com
Email: GLiao@perkinscoie.com

Attorneys for Plaintiff Baskin-Robbins USA, Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BASKIN-ROBBINS USA, CO., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DR FOODS CORPORATION, a California corporation; DANILO L. RAGASA, JR., an individual,<br><br>Defendants. | NO. C 06-01247 MJJ<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT AND OTHER DEADLINES; [PROPOSED] ORDER THEREON** |

Plaintiff BASKIN-ROBBINS USA, CO. ("Plaintiff"), by and through its attorneys, Perkins Coie LLP, and defendants DR FOODS CORPORATION and DANILO L. RAGASA, JR. (collectively, "Defendants") hereby agree and stipulate as follows:

WHEREAS:

(1) Plaintiff filed its Complaint in this action on February 21, 2006;

(2) Defendants were served with the Complaint on March 9, 2006;

(3) Plaintiff and Defendants have been and currently are engaged in settlement negotiations to resolve this action;

NOW, THEREFORE, IT IS AGREED AND STIPULATED that:

050206/1047[LA061180.053]
28028-4534

Stipulation Extending Time to Respond to Initial Complaint and Other Deadlines;
[Proposed] Order Thereon; Case No. C 06-01247 MJJ

(1) Defendants shall have an extension of time to file a responsive pleading to the Complaint to and including May 26, 2006;

(2) The Case Management Conference presently scheduled on May 23, 2006 at 2:00 p.m. shall be continued to June 27, 2006 at 2:00 p.m. or such other later date selected by the Court;

(3) The deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be continued from May 2, 2006 to June 6, 2006 or such other later date selected by the Court;

(4) The deadline to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve the Rule 26(f) Report shall be continued from May 16, 2006 to June 20, 2006 or such other later date selected by the Court.

DATED: May 2, 2006.

PERKINS COIE LLP

By _____
Gabriel Liao,
Attorneys for Plaintiff Baskin-Robbins USA, Co.

DATED: May 2, 2006.

DR FOODS CORPORATION

By _____
Danilo L. Ragasa, Jr., President

DATED: May 2, 2006.

DANILO L. RAGASA, JR.

_____
Danilo L. Ragasa, Jr., individually

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/4/2006

_____
Hon. Martin J. Jenkins,
United States District Court Judge

050206/1618[LA061180[1].053.DOC]
28028-4534

2

Stipulation Extending Time to Respond to Initial Complaint and Other Deadlines;

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On May 2, 2006, I served a true copy of **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT AND OTHER DEADLINES; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

Danilo Ragasa, Jr.
1124 Pesaro Way
Livermore, CA 94550

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on May 2, 2006, at Santa Monica, California.

_____
Sharon Jones

050206/1718[LA061180.053]
28028-4534

3

Stipulation Extending Time to Respond to Initial Complaint and Other Deadlines;
[Proposed] Order Thereon; Case No. C 06-01247 MJJ