IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BASKIN-ROBBINS USA CO,                    No.  C06-01247 MJJ

          Plaintiff,          **ORDER OF CONDITIONAL DISMISSAL**

  v.

DR FOODS CORP,

          Defendant.
_____/

     The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated:     6/6/2006

                                     _____

                                   MARTIN J. JENKINS
                                   United States District Judge

**United States District Court**
For the Northern District of California